IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY JACKSON SEELEY,
    Plaintiff,

vs.                            No. CIV S-06-2794 MCE CMK P

C. YOUNGBLOOD, et al.,
    Defendants.               FINDINGS & RECOMMENDATIONS

/

        Petitioner filed a civil complaint against defendants alleging violations of his federal constitutional rights and various violations of state law in California state court. Pursuant to 28 U.S.C. § 1441, defendants removed this matter to federal court on December 8, 2006. By separately filed order, the court screened the complaint pursuant to 28 U.S.C. § 1915A(a).

        The court must dismiss a complaint or portion thereof if it seeks monetary relief from a defendant who is immune from such relief. See 28 U.S.C. § 1915A(b)(1), (2). Plaintiff's complaint names California Medical Facility as a defendant. The Eleventh Amendment prohibits federal courts from hearing suits brought against a state both by its own citizens, as well as by citizens of other states. See Brooks v. Sulphar Springs Valley Elec. Coop., 951 F.2d 1050, 1053 (9th Cir. 1991). This prohibition extends to suits against states themselves, and to suits against state agencies. See Lucas v. Dep't of Corr., 66 F.3d 245, 248 (9th Cir. 1995) (per curiam); Taylor v. List, 880 F.2d 1040, 1045 (9th Cir. 1989). An entity responsible for

1  incarceration and correction of prisoners is a state agency for purposes of the Eleventh
2  Amendment.  See Alabama v. Pugh, 438 U.S. 781, 782 (1978) (per curiam); Hale v. Arizona,
3  993 F.2d 1387, 1398-99 (9th cir. 1993) (en banc).
4        Because the California Medical Facility is a state agency for the purposes of the
5  Eleventh Amendment, it is immune from suit, and plaintiff can prove no set of facts which would
6  entitle him to relief against this defendant.  Hishon v. King & Spalding, 467 U.S. 69, 73 (1984)
7  (citing Conley v. Gibson, 355 U.S. 41, 45-46 (1957)); Palmer v. Roosevelt Lake Log Owners
8  Ass'n, 651 F.2d 1289, 1294 (9th Cir. 1981).
9        Based on the foregoing, IT IS RECOMMENDED that the California Medical
10  Facility be dismissed, with prejudice, as an immune defendant.
11        These findings and recommendations are submitted to the United States District
12   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty
13  days after being served with these findings and recommendations, plaintiff may file written
14  objections with the court.  The document should be captioned "Objections to Magistrate Judge's
15  Findings and Recommendations."  Plaintiff is advised that failure to file objections within the
16  specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951
17  F.2d 1153 (9th Cir. 1991).

19  DATED:  January 24, 2007.

21                                        **CRAIG M. KELLISON**
22                                        UNITED STATES MAGISTRATE JUDGE