IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY JACKSON SEELEY,

    Plaintiff,                       No. CIV S-06-2794 MCE CMK P

    vs.

C. YOUNGBLOOD, et al.,

    Defendants.               <u>ORDER</u>

                                  /

           On February 21, 2007, plaintiff filed a request for a ninety day extension of time. In his request, plaintiff did not clarify for what he needs an extension of time. The only impending deadline is a deadline for objections to the court's findings and recommendations that a defendant be dismissed from this action. Accordingly, the court will grant plaintiff a thirty day extension of time, from the date this order is filed, to file objections to the pending findings and recommendations.

           IT IS SO ORDERED.

DATED: February 27, 2007.

                                                                           **CRAIG M. KELLISON**
                                                                           UNITED STATES MAGISTRATE JUDGE