IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY JACKSON SEELEY,

    Plaintiff,　　　　　　　　　　No. CIV S-06-2794 MCE CMK P

  vs.

C. YOUNGBLOOD, et al.,

    Defendants.　　　　　　　　　<u>ORDER</u>

_____/

    Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed.

    Accordingly, IT IS HEREBY ORDERED that defendants notify this court, within ten days, whether they have any objection to the dismissal of this action.  Should defendants fail to respond, plaintiff's request will be granted pursuant to Fed. R. Civ. P. 41(a)(2).

DATED:  March 28, 2007.

                                                  **CRAIG M. KELLISON**
                                                UNITED STATES MAGISTRATE JUDGE