IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY JACKSON SEELEY,

    Plaintiff,                      No. CIV S-06-2794 MCE CMK P

    vs.

C. YOUNGBLOOD, et al.,

    Defendants.              <u>ORDER</u>

                               /

           Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed.  (Doc. 18.)  Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

           Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

DATED:  May 7, 2007.

                                            **CRAIG M. KELLISON**
                                            UNITED STATES MAGISTRATE JUDGE